# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2006

Clifford W. Taylor,
Chief Justice

130444

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

EDWARD MOSZYK,
      Plaintiff-Appellee,

v

SC: 130444
COA: 252273
Bay CC: 01-003936-CZ

CITY OF BAY CITY, ROB ANDERSON,
and JAMES PALENICK,
      Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the December 20, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2006

s0522

Clerk